**Mounce A. JACKSON, Plaintiff–Appellant**

v.

**GENERAL MOTORS CORPORATION, Defendant–Appellee**

No. 99–6490.

United States Court of Appeals, Sixth Circuit.

Jan. 2, 2002.

Before MERRITT, WELLFORD, and SILER, Circuit Judges.

**ORDER**

The Supreme Court of Tennessee having ruled on certified questions of law presented by this Court to the Tennessee Supreme Court in this case, the case is reversed and remanded in light of the ruling by the Tennessee Supreme Court in its answer to our Court's certified questions of law.

Accordingly, it is so ORDERED.